# AGNIFILO
# INTRATER

---

August 7, 2025

**VIA ECF**
The Honorable Michael A. Shipp
United States District Judge
District of New Jersey
402 East State Street
Trenton, NJ 08608

      Re:    *United States v. Steven Diamantstein, Crim. A. No. 23-511* (MAS)

Dear Judge Shipp:

      We write, respectfully and apologetically, regarding two recent bail modifications granted by the Court, all of which have been consented to by the Government and Pretrial Services, which we very much appreciate. We write to ask that the Court make a minor modification to these Orders to permit Mr. Diamantstein to maintain his passport until his return from Canada on August 17.

      In Docket 32, the Court allowed Mr. Diamantstein to retrieve his passport so that he could renew it. Mr. Diamantstein did so and received his passport on August 5. But the terms of the Order in Docket 32 required Mr. Diamantstein to return the passport to Pretrial in Trenton within 72 hours (i.e., by August 8). In Docket 35, the Court allowed Mr. Diamantstein to travel to Canada with his family from August 12 to August 17.

      With apologies, I have learned that Mr. Diamantstein will actually be driving with his family on Monday, August 11. Therefore, as the Orders are now, Mr. Diamantstein would have to drive from Brooklyn, New York to Trenton tomorrow, return the passport, and then go back to Trenton again either tomorrow or on Monday, August 11, to pick up the passport, before turning around and driving to Toronto.

      If possible, and with the Government's consent and no objection from Pretrial Services, we would ask that Mr. Diamantstein be allowed to travel to Canada on August 11, instead of August 12, and to be able to maintain his passport until August 17. If the Court still wants Mr. Diamantstein to return the passport tomorrow, we ask that the Court nonetheless allow him to drive to Canada on August 11, instead of August 12.

      I should have put both of these requests into one application, and I am sorry for any difficulty or confusion. I thank Pretrial Services for their efforts in this matter, and the Government for their consideration.

# AGNIFILO INTRATER

---

Thank you for the Court's consideration of this application.

        Respectfully,

        Zach Intrater, Esq.
        Benjamin Brafman, Esq.

cc:    Nicholas Peone (via ECF)
        Christopher Wenger (via ECF)
        Pretrial Services Officer Rachel Gregory (via email)