UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| v. | : | No. 23-cr-511 |
| STEVEN DIAMANTSTEIN, | : | <u>ORDER FOR A CONTINUANCE</u> |
| Defendant. | : | |

This matter having come before the Court on the joint application of the United States (by Nicholas K. Peone, Trial Attorney, U.S. Department of Justice, Criminal Division, Fraud Section, appearing), and defendant Steven Diamantstein (Zach Intrater, Esq. and Benjamin Brafman, Esq. appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the Defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the Defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the nature of the prosecution such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

2. The discovery in the case is voluminous, consisting of, among other

things, electronic communications, financial records, phone records, and health care benefit program claims data, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel has sufficient time to review and inspect discovery and further investigate the charges in this matter.

3. The parties intend to engage in plea negotiations, and both the Defendant and the United States desire additional time to negotiate a plea agreement or alternative disposition, which would render grand jury proceedings and a trial in this matter unnecessary.

4. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS, therefore, on this 2nd day of October, 2025,

(1) ORDERED that this action be, and hereby is, continued until December 1, 2025; and it is further

(2) ORDERED that the period from October 1, 2025, through December 1, 2025, be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Hon. Michael A. Shipp
United States District Judge

Consented to as to form and entry:

/s/ Nicholas K. Peone
Trial Attorney


/s/ Benjamin Brafman
Benjamin Brafman, Esq.
Counsel for Defendant


/s/ Zach Intrater
Zach Intrater, Esq.
Counsel for Defendant